004659

Order entered October 30, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00126-CR

## BRANDON RICHARD KOONTZ, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 416th District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-81190-2011**

## ORDER

The Court **GRANTS** the State's October 24, 2012 first motion for extension of time to file the State's brief. The State's brief received by the Clerk of the Court on October 26, 2012 is **DEEMED** timely filed on the date of this order.

_Lana Myers_

LANA MYERS
JUSTICE